IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GAYLEN JACKSON,

    Petitioner,

v.

LOUIS WILLIAMS, II,

    Respondent.

ORDER

Case No. 17-cv-319-jdp

Petitioner Gaylen Jackson seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has submitted a six-month inmate account statement, which I will construe as petitioner's request for leave to proceed without prepayment of the filing fee. Dkt. 2.

In determining whether to allow a prisoner to proceed without prepayment, this court uses the formula set forth in 28 U.S.C. § 1915(b)(1). Using information for the relevant time period from petitioner's inmate account statement, I find that petitioner is able to pay the filing fee. Accordingly, I will deny petitioner's request for leave to proceed without prepayment of the filing fee. To proceed further on this habeas petition, petitioner must pay the $5 filing fee. If petitioner fails to pay the fee by May 31, 2017, the petition, I will assume that petition wishes to withdraw this petition.

ORDER

IT IS ORDERED that:

1. Petitioner Gaylen Jackson's request for leave to proceed without prepayment of the filing fee is DENIED. Petitioner has until May 31, 2017 in which to pay the $5 filing fee.

2. If by May 31, 2017 petitioner fails to submit the $5 filing fee, I will assume that petitioner wishes to withdraw this petition.

Entered this 9th day of May, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge