IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GAYLEN JACKSON,

    Petitioner,                                  JUDGMENT IN A CIVIL CASE

   v.                                                Case No. 17-cv-319-jdp

LOUIS WILLIAMS, II,

    Respondent.

---

    This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent Louis Williams, II denying petitioner Gaylen Jackson's petition for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case.

| /s/ | 8/23/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |